IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>APPROXIMATELY $245,820 IN UNITED )<br>STATES CURRENCY SEIZED FROM )<br>ODELL HALL ON JANUARY 24, 2022 AT )<br>THE CHARLOTTE-DOUGLAS )<br>INTERNATIONAL AIRPORT ) | CIVIL NO. 3:22-cv-248 |

**ORDER OF DEFAULT JUDGMENT**

**THIS MATTER IS BEFORE THE COURT** on the Government's Motion for Entry of Default Judgment (Doc. No. 8). Having considered the Motion and the pleadings, the Court **GRANTS** the Motion and Order as follows:

**IT IS HEREBY ORDERED THAT** Judgment by Default is entered against all persons in the world not having filed a claim in this action as to the following property:

**Approximately $245,820 in United States Currency seized from Odell Hall on January 24, 2022, at the Charlotte-Douglas International Airport.**

Signed: August 10, 2022

Robert J. Conrad, Jr.
United States District Judge